UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
             :
PAULA BIRKETT,             :
             :
           Plaintiff,   :
             :          23-CV-9387 (VSB)
      -against-         :
             :             **ORDER**
PENTAGON FEDERAL CREDIT UNION,  :
EQUIFAX INFORMATION         :
SERVICES, LLC,            :
             :
           Defendants.  :
             :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On October 25, 2023, Plaintiff filed this action against Defendants Pentagon Federal Credit Union ("Pentagon") and Equifax Information Services, LLC ("Equifax"). (Doc. 1.) The deadline for Equifax to respond to Plaintiff's complaint is March 8, 2024. However, the deadline for Pentagon to respond to the complaint was December 19, 2023. (Doc. 10.) To date, Pentagon has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case against Pentagon. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than February 15, 2024. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation against Pentagon, I may dismiss Pentagon from this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    February 7, 2024
           New York, New York

                                                     _____
                                                     VERNON S. BRODERICK
                                                     United States District Judge