```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
PAULA BIRKETT,                                              :
                                                            :
                              Plaintiff,                    :
                                                            :       23-CV-9387 (VSB)
               -against-                                    :
                                                            :           ORDER
EQUIFAX INFORMATION                                         :
SERVICES, LLC,                                              :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

On February 8, 2024, I extended the deadline for Defendant Equifax Information Services, LLC ("Equifax") to respond to Plaintiff's Complaint to March 8, 2024. (Doc. 16.) To date, Equifax has not filed such a response. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than March 15, 2024. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss the case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 11, 2024
            New York, New York

                                                          VERNON S. BRODERICK
                                                          United States District Judge